**LAW OFFICE OF ROGER W. FRAZIER**
Roger W. Frazier
2525 East Broadway Blvd., Suite 200
Tucson, Arizona 85716
Tel:  (520) 882-4294
Fax: (520) 882-2853
Ariz. Bar No. 012146
roger@frazierlawaz.com

**Attorney for Plaintiff**

## UNITED STATED DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Juell, a married individual,<br><br>          Plaintiff,<br><br>     v.<br><br>Marin Management Inc., d/b/a DoubleTree by Hilton Tucson – Reid Park, a foreign corporation; Marin Management Culver City, Inc., a foreign corporation,<br><br>          Defendants. | Case No. 4:18-cv-00038-TUC-FRZ<br><br>**NOTICE OF TELEPHONIC DEPOSITION OF DAN NORVILLE** |

YOU ARE HEREBY NOTIFIED that, pursuant to Fed.R.Civ.P. 30, a deposition will be taken upon oral examination of the person whose name is stated below, at the time and place below, before an officer authorized by law to administer oaths, and recorded by a certified court reporter.

PERSON TO BE EXAMINED:   **Dan Norville**

DATE AND TIME:   **January 25, 2019 at 2:00 p.m. (Telephonic)**

LOCATION:   **Centext Legal Services**
**15260 Ventura Blvd., Suite 1200**
**Sherman Oaks, CA   91403**

///

RESPECTFULLY SUBMITTED this 7th day of January, 2019.

LAW OFFICE OF ROGER W. FRAZIER

By: /s/ Roger W. Frazier
Roger W. Frazier
Attorney for Plaintiff

Copy to Defendants' counsel this 7th day of January, 20189, as CM/ECF registrants, to:

Jodi L. Mullis
Arizona Bar No. 024044
jlmullis@wshblaw.com
Christopher M. Brown
Arizona No. 034091
cbrown@wshblaw.com
Wood, Smith, Henning & Berman LLP
2525 E. Camelback Road, Suite 450
Phoenix, AZ   85016
Attorneys for Defendants

By: /s/ Roger W. Frazier