**LAW OFFICE OF ROGER W. FRAZIER**
Roger W. Frazier
2525 East Broadway Blvd., Suite 200
Tucson, Arizona 85716
Tel:  (520) 882-4294
Fax:  (520) 882-2853
Ariz. Bar No. 012146
roger@frazierlawaz.com

**Attorney for Plaintiff**

## UNITED STATED DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Juell, a married individual, | Case No. 4:18-cv-00038-TUC-FRZ |
| Plaintiff, | |
| v. | **AMENDED NOTICE OF TELEPHONIC DEPOSITION OF DAN NORVILLE** |
| Marin Management Inc., d/b/a DoubleTree by Hilton Tucson – Reid Park, a foreign corporation; Marin Management Culver City, Inc., a foreign corporation, | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to Fed.R.Civ.P. 30, a deposition will be taken upon oral examination of the person whose name is stated below, at the time and place below, before an officer authorized by law to administer oaths, and recorded by a certified court reporter.

PERSON TO BE EXAMINED:   **Dan Norville**

DATE AND TIME:   **January 24, 2019 at 4:30 p.m. (3:30 p.m. California time)  Telephonic**

LOCATION:   **Sousa Court Reporters**
**3655 Torrance Blvd.**
**Torrance, CA  90503**

/ / /

1  RESPECTFULLY SUBMITTED this 23rd day of January, 2019.

2

3  LAW OFFICE OF ROGER W. FRAZIER

4  By: /s/ Roger W. Frazier
5  Roger W. Frazier
   Attorney for Plaintiff
6

7  Copy to Defendants' counsel this 23rd day of January, 20189, as CM/ECF registrants, to:
8

9  Jodi L. Mullis
10 Arizona Bar No. 024044
   jlmullis@wshblaw.com
11 Christopher M. Brown
   Arizona No. 034091
12 cbrown@wshblaw.com
13 Wood, Smith, Henning & Berman LLP
   2525 E. Camelback Road, Suite 450
14 Phoenix, AZ   85016
   Attorneys for Defendants
15

16
   By: /s/ Roger W. Frazier
17

18

19

20

21

22

23

24

25

26