Jodi L. Mullis (#024044)
jlmullis@wshblaw.com
Christopher M. Brown (#034091)
cbrown@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2525 E. Camelback Road, Suite 450
Phoenix, Arizona 85016-4210
Phone: 602-441-1300 ♦ Fax: 602-441-1350
*Attorneys for Defendants Marin Management Inc. and Marin Management Culver City, Inc.d/b/a DoubleTree by Hilton Tucson - Reid Park*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Juell, a married individual,<br><br>Plaintiff,<br><br>v.<br><br>Marin Management Inc., d/b/a DoubleTree by Hilton Tucson - Reid Park, a foreign corporation; Marin Management Culver City, Inc., a foreign corporation,<br><br>Defendants. | Case No. 4:18-cv-00038-FRZ<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>[Assigned to: Hon. Frank R. Zapata] |

The Parties, by and through their respective counsel undersigned, hereby stipulate and agree that the above-captioned matter shall be dismissed with prejudice in its entirety, each party to bear its own attorneys' fees and costs.

DATED: May 2, 2019            WOOD, SMITH, HENNING & BERMAN LLP


By: */s/Jodi L. Mullis*
JODI L. MULLIS
CHRISTOPHER M. BROWN
*Attorneys for Defendants Marin Management Inc. and Marin Management Culver City, Inc. d/b/a DoubleTree by Hilton Tucson - Reid Park*

LEGAL:10204-0017/11335902.1

LAW OFFICE OF ROGER W. FRAZIER

By:    */s/ Roger W. Frazier (w/permission)*
       ROGER W. FRAZIER
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2019, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of the Notice of Electronically Filing to the following CM/ECF registrants:

Roger W. Frazier
LAW OFFICE OF ROGER W. FRAZIER
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716
roger@frazierlawaz.com
*Attorney for Plaintiff*

By: */s/ Jennine L. Warburton*
     jwarburton@wshblaw.com

LEGAL:10204-0017/11335902.1

-2-