# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Juell, a married individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>Marin Management Inc., d/b/a DoubleTree by Hilton Tucson - Reid Park, a foreign corporation; Marin Management Culver City, Inc., a foreign corporation,<br><br>　　　Defendants. | Case No. 4:18-cv-038-FRZ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Parties having submitted a Stipulation to Dismiss with Prejudice and good cause appearing,

**IT IS ORDERED** dismissing the above-captioned matter in its entirety, with prejudice; each party to bear its own attorneys' fees and costs.

Dated this 3rd day of May, 2019.

_____
Honorable Frank R. Zapata
Senior United States District Judge

LEGAL:10204-0017/11335935.1